**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 27, 2012.**

In The

# Fourteenth Court of Appeals

———————

### NO. 14-12-00244-CV

———————

**BROWN MEDICAL CENTER, INC. f/k/a SURGEON'S MANAGEMENT, INC., and BHCF, LLC a/k/a BHCF, INC., Appellants**

**V.**

**STEPHEN BARRETT, STEPHEN BARRETT DPM, PA; STEPHEN BARRETT DPM, AUSTIN, PA; STEPHEN BARRETT DPM, DFW, PA; STEPHEN BARRETT DPM, SAN ANTONIO, PA; BARRETT FOOT & ANKLE, P.C., PETER BREGMAN, CHARLES SINGLETON, GARY L. CRAMER, and PAUL V. LEDESMA, Appellees**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2012-07519**

## MEMORANDUM OPINION

This is an interlocutory appeal from a temporary injunction order signed March 7, 2012. On March 21, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and Christopher.